Peter SCHEUERMANN and Ann-Marie Scheuermann v. Henry C. HASTINGS, No. 314-79

November 20, 1979. Motion of the defendant, Henry C. Hastings, to proceed on appeal in forma pauperis is granted only with respect to exemption from the filing fee.

Thomas R. VIALL v. STATE of Vermont, Treasurer of the State of Vermont, Dept. of Finance, and Board of Trustees of State Employees' Retirement System, No. 83-79

November 21, 1979. Appeal dismissed for failure to comply with V.R.C.P. 54(b).

L. J. ASKE, Jr. and Shelburne Harbor Ship & Marine Construction Co., Inc. v. STATE OF VERMONT ENVIRONMENTAL BOARD (Declaratory Ruling No. 105), No. 335-79

November 21, 1979. Appellant's motion for stay of Declaratory Ruling No. 105, dated August 30, 1979, of the State Environmental Board, is granted on the condition that the printed case and briefs of the parties be filed so that the appeal will be heard at the February Term, 1980. Appellant's brief to be filed by December 21, 1979.

Appellee's brief to be filed by January 11, 1980.

Dorothy T. HOWARD v. CITY OF BARRE and Marcelino Setien, No. 72-79

November 29, 1979. Motion to dismiss denied.

Hill, J.

STATE of Vermont v. James E. BROTHERS, No. 345-79

November 29, 1979. Motion for release on personal recognizance pending appeal pursuant to V.R. A.P. 9(b), or, alternatively, for stay of execution of sentence under V.R.A.P. 8(a) is denied.

Hill, J.

NEDIA CONSTRUCTION CO., INC. v. Stanley PATCH and Stanley Corporation, No. 63-74

December 4, 1979. There being no final judgment below adjudicating all of the claims of the parties, V.R.C.P. 54(b), the appeal is dismissed for lack of jurisdiction, absent compliance with V.R.A.P. 5, and the cause is remanded. *Gerdel* v. *Gerdel*, 132 Vt. 58, 65, 313 A.2d 8, 12 (1973).